UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. CRIPPEN, SR., | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| | CASE NO. 17-cv-137-NJR-DGW |
| FREEDOM MORTGAGE CORPORATION, a New Jersey Corporation, | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Brian K. Crippen, Sr., hereby notifies the Court that Plaintiff and Defendant, Freedom Mortgage Corporation, a New Jersey Corporation, settled all claims between them in this matter and they are in the process of completing the final closing documents and filing the dismissal.  The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 22nd day of May, 2017.

                                                        Respectfully Submitted,

                                                        /s/ Kimberly D. Wirth
                                                        Kimberly D. Wirth, ARDC #: 6299352
                                                        Attorney for Plaintiff
                                                        Law Offices of William A. Mueller, LLC
                                                        5312 West Main Street
                                                        Belleville, IL 62226
                                                        Phone: (618) 236-7000
                                                        Fax: (618) 236-7002

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Kimberly D. Wirth
Kimberly D. Wirth, ARDC #: 6299352
Attorney for Plaintiff
Law Offices of William A. Mueller, LLC
5312 West Main Street
Belleville, IL 62226
Phone: (618) 236-7000
Fax: (618) 236-7002