IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. CRIPPEN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-137-NJR-DGW |
| | ) |
| FREEDOM MORTGAGE CORPORATION, a New Jersey Corporation, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated May 25, 2017 (reflecting the settlement between plaintiff and defendant) and the Stipulation of Dismissal filed June 5, 2017 by the parties (indicating that the case should be dismissed with prejudice), the action is **DISMISSED with prejudice**.

DATED:  June 6, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
    Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
NANCY J. ROSENSTENGEL
United States District Judge